UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RYAN HARRIS,

    Plaintiff,

    v.                                      Case No. 19-2677-KHV

FLOWERS BAKING, CO.,

    Defendant.

## AMENDED SCHEDULING ORDER

On July 23, 2020, the parties filed a joint motion (ECF No. 18) to amend the scheduling order, entered on March 13, 2020 (ECF No. 11). For good cause shown, the scheduling order is amended as follows:

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| All discovery completed | **December 4, 2020** |
| All potentially dispositive motions (e.g., summary judgment) | **February 12, 2021** |
| Motions challenging admissibility of expert testimony | **February 12, 2021** |
| Proposed pretrial order due | **December 11, 2020** |
| Pretrial conference | **December 22, 2020 at 10:00 AM** |
| Trial | **September 13, 2021 at 9:00 AM** |

Unless otherwise ordered, this is not a "special" or "No. 1" trial setting.  Therefore, during the month preceding the trial docket setting, counsel should stay in contact with the trial judge's courtroom deputy to determine the day of the docket on which trial of the case actually will begin.  The trial setting may be changed only by order of the judge presiding over the trial.  The parties and counsel are advised that any future request for extension of deadlines that includes a request to extend the dispositive motion deadline will likely result in a new (i.e., later) trial date.  This amended scheduling order will not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated July 24, 2020, at Kansas City, Kansas.

s/ James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge
